OPINION — AG — ** SLOT MACHINES — GAMBLING — CRIMINAL LAWS ** THIS OPINIONS DEALS WITH 21 O.S. 964 [21-964] TO 21 O.S. 977 [21-977] OF THE OKLAHOMA STATUTES . . . DEFINITIONS OF INTENT — GAMBLING — AMUSEMENT GAMES — CONSIDERATIONS — PLAYING OF SLOT MACHINES FOR AMUSEMENT WITHOUT CONSIDERATION — NOTE: THIS IS A DETAILED DOCUMENTS — DEEP DISCUSSION OF ISSUES INVOLVING ' INTENT ' CITE: 21 O.S. 964 [21-964], 21 O.S. 965 [21-965], 21 O.S. 970 [21-970], 21 O.S. 971 [21-971] (FRED HANSEN)